In the Matter of BETTY JEAN "W"*, Respondent, v. JAMES JUDE "X"*, Appellant.—

* Fictitious names.

Herlihy, P. J., Reynolds, Staley, Jr., Sweeney and Simons, JJ., concur.